1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY DARNELL JACOBS, | ) Case No. EDCV 11-1851 SJO (JCG) |
| Petitioner, | ) |
| | ) **JUDGMENT** |
| v. | ) |
| DEPARTMENT OF CORRECTIONS, *et al.*, | ) |
| | ) |
| Respondents. | ) |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Order Summarily Dismissing Petition for Writ of Habeas Corpus Without Prejudice and Denying Certificate of Appealability.

December 2, 2011

DATED: _____

*S. James Otero*

_____
HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE